UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
Daniel Ortega,                                               :
                    Plaintiff,                  :
                                                 :
        -against-                     :             **ORDER**
                                                 :
Between the bun Deli and Cafe Inc., et al.                   :       22-CV-1813 (PKC) (VMS)
                                                 :
                 Defendants.                 :
                                                 :
------------------------------------------------------------ x

**Scanlon, Vera M., United States Magistrate Judge:**

      Pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), a telephone conference is scheduled for 11/30/2022 at 11:00 A.M. before the undersigned. Counsel for all Parties and Plaintiff is required to participate.

      On or before 11/18/2022, the Parties must file on ECF a joint motion for judicial approval of the proposed settlement that includes the proposed settlement agreement and a letter-brief addressing: (1) Plaintiff's estimates of the full anticipated recovery if Plaintiff had received a favorable outcome at trial; (2) a description of the bona fide disputes or other issues that support accepting the settlement agreement; (3) a brief description of the settlement negotiations, including a statement as to whether they occurred at arms'-length; (4) the amount of Plaintiff's attorneys' fees and the basis for the claimed amount (<u>e.g.</u>, lodestar, retainer); (5) a copy of the retainer agreement; (6) a statement as to the reasonableness of the fee amounts, including whether the attorney regularly receives payment of the requested hourly rate and whether comparable rates are paid to attorneys of similar experience and professional focus in this District; (7) a description of Plaintiff's counsel's qualifications, including counsel's experience litigating wage-and-hour claims and years in practice; and (8) an itemized list of costs to be paid by Plaintiff.

Dated: Brooklyn, New York
November 3, 2022

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge